**B1 (Official Form 1) (4/13)**

Case #: 15-

| United States Bankruptcy Court | Voluntary Petition |
|---|---|
| **DISTRICT OF PUERTO RICO** | |

| Name of Debtor (If individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| **ALONSO & CARUS IRON WORKS, INC.** | |

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **NONE** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
|---|---|

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **66-0235446** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
|---|---|

| Street Address of Debtor (No. & Street, City, and State): **ROAD NO. PR-869 PALMAS WARD Catano, PR**     ZIPCODE **00962** | Street Address of Joint Debtor (No. & Street, City, and State):     ZIPCODE |
|---|---|

| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address): **PO BOX 566 Catano, PR**     ZIPCODE **00963 0566** | Mailing Address of Joint Debtor (if different from street address):     ZIPCODE |
|---|---|

| Location of Principal Assets of Business Debtor (if different from street address above):   **SAME** | ZIPCODE |
|---|---|

---

**Type of Debtor** (Form of organization) (Check one box.)

- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (if debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business** (Check one box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other **STRUCTURAL STEEL AND FANRC WORK**

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- ☒ Debts are primarily business debts.

---

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

Check all applicable boxes:
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

---

**Filing Fee** (Check one box)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

---

**Statistical/Administrative Information**

- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**THIS SPACE IS FOR COURT USE ONLY**

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1) (4/13)                                                                                                          **FORM B1, Page   2**

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **ALONSO & CARUS IRON WORKS, INC.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** | | **(If more than two, attach additional sheet)** |
|---|---|---|
| Location Where Filed:  **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | | **(If more than one, attach additional sheet)** |
|---|---|---|
| Name of Debtor:  **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td><b>Exhibit A</b><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b).<br>X _____<br><span style="font-size:smaller">Signature of Attorney for Debtor(s)   Date</span></td>
</tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (4/13)                                                                                              FORM B1, Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | ALONSO & CARUS IRON WORKS, INC. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

CHARLES A. CUPRILL HERNANDEZ 114312
Printed Name of Attorney for Debtor(s)

CHARLES A. CUPRILL, P.S.C. LAW OFFICES
Firm Name

356 FORTALEZA STREET
Address

SECOND FLOOR

San Juan, PR   00901

787-977-0515
Telephone Number

3/27/2015
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

ENG. JORGE L. RAMOS VIRUET
Printed Name of Authorized Individual

President
Title of Authorized Individual

3/27/2015
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

_____
(Date)

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110 (h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

In re *ALONSO & CARUS IRON WORKS, INC., a Puerto Rico Corporation*

Case No. 15-
Chapter 11

_____ / Debtor

Attorney for Debtor: *CHARLES A. CUPRILL HERNANDEZ*

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a) For legal services rendered or to be rendered in contemplation of and in connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____30,000.00
   b) Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . . $_____30,000.00
   c) The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____0.00

3. $____1,717.00____ of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
   a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   b) Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the court.
   c) Representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
   *None other*

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
   *Upon the consumption of the retainer, Debtor will be continued to be billed upon the approval of applications for compensations to be filed throughout the case.*

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:
   *None*

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
   *None*

Dated: *3/27/2015*                    Respectfully submitted,

                                X */s/ CHARLES A. CUPRILL HERNANDEZ*
Attorney for Petitioner: *CHARLES A. CUPRILL HERNANDEZ*
                         *CHARLES A. CUPRILL, P.S.C. LAW OFFICES*
                         *356 FORTALEZA STREET*
                         *SECOND FLOOR*
                         *San Juan PR 00901*
                         *787-977-0515*
                         *ccuprill@cuprill.com*

B6 Summary (Official Form 6 - Summary) (12/13)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

In re *ALONSO & CARUS IRON WORKS, INC.*,

Case No. *15-*
Chapter *11*

_____ / Debtor

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | Yes | 1 | $ 4,390,000.00 | | |
| B-Personal Property | Yes | 4 | $ 18,638,112.91 | | |
| C-Property Claimed as Exempt | No | 0 | | | |
| D-Creditors Holding Secured Claims | Yes | 2 | | $ 11,393,818.35 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 586,318.59 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 23 | | $ 2,939,009.08 | |
| G-Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H-Codebtors | Yes | 1 | | | |
| I-Current Income of Individual Debtor(s) | No | 0 | | | $ 0.00 |
| J-Current Expenditures of Individual Debtor(s) | No | 0 | | | $ 0.00 |
| **TOTAL** | | 34 | $ 23,028,112.91 | $ 14,919,146.02 | |

FORM B6A (Official Form 6A) (12/07)

In re _ALONSO & CARUS IRON WORKS, INC._____ ,   Case No. _15-_____
                        Debtor(s)                                              (if known)

## SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| PALMAS WARD PROPERTY MANUFACTURING INDUSTRIAL PROPERTY LOCATED AT ROAD NO. PR-869, PALMAS WARD, CATANO, PR CADASTER NO.: 061-037-175-08 APPRAISED VALUE AS OF 10/14/2014 | | | $3,500,000.00 | $3,500,000.00 |
| CANDELARIA WARD PROPERTY MANUFACTURING INDUSTRIAL PROPERTY WITH A SINGLE FAMILY RESIDENCE, LOCATED AT ROAD NO. PR-865, KILOMETER 4.6, CANDELARIA WARD, TOA BAJA, PR CADASTER NO.: 060-000-008-67 APPRAISED VALUE AS OF 10/14/2014 | | | $890,000.00 | $890,000.00 |
| No continuation sheets attached | **TOTAL $** (Report also on Summary of Schedules.) | | 4,390,000.00 | |

B6B (Official Form 6B) (12/07)

In re _ALONSO & CARÚS IRON WORKS, INC._ ,    Case No. _15-_
_____
Debtor(s)                                                    (if known)

## SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. Cash on hand. | | **PETTY CASH**<br>**AS OF 09/30/2014** | | | $4,120.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **BANCO POPULAR DE PR**<br>**PAYROLL ACCOUNT**<br>**ACCOUNT NO. 131-389556**<br>**BALANCE AS OF 02/28/15** | | | $0.00 |
| | | **BANCO POPULAR DE PR - DEPOSITS ACCOUNT**<br>**ACCOUNT NO. 131-389564**<br>**BALANCE AS OF 02/28/15** | | | $131,113.27 |
| | | **BANCO POPULAR DE PR**<br>**OPERATING ACCOUNT**<br>**ACCOUNT NO. 131-389548**<br>**BALANCE AS OF 02/28/15** | | | $0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | | |
| 6. Wearing apparel. | X | | | | |
| 7. Furs and jewelry. | X | | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | | |

Page  1  of  4

B6B (Official Form 6B) (12/07)

In re **ALONSO & CARUS IRON WORKS, INC.**

Debtor(s)

Case No. **15-**

(if known)

## SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband–H Wife–W Joint–J Community–C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | | *ACCOUNTS RECEIVABLE    (INCOME TAX WITHHOLDINGS)* *BALANCE AS OF 02/28/15* | | $122,789.65 |
| | | *EMPLOYEE LOANS RECEIVABLE* *BALANCE AS OF 02/28/15* | | $11,869.45 |
| | | *ACCOUNTS RECEIVABLE – THIRD PARTIES* *BALANCE AS OF 02/28/15* | | $7,049.27 |
| | | *ACCOUNTS RECEIVABLE – TRADE* *BALANCE AS OF 02/28/15* | | $3,794,743.26 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |

Page __2__ of __4__

B6B (Official Form 6B) (12/07)

In re **ALONSO & CARUS IRON WORKS, INC.**                                        ,          Case No. **15-**
                    Debtor(s)                                                                                              (if known)

## SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | MOTOR VEHICLES ESTIMATED MARKET VALUE AS OF 08/31/14 EXHIBIT I | | $342,484.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | OFFICE EQUIPMENT NET BOOK VALUE AS OF 02/28/15 | | $4,747.40 |
| | | SOFTWARES NET BOOK VALUE AS OF 02/28/15 | | $9,999.23 |
| 29. Machinery, fixtures, equipment and supplies used in business. | | 1101 DRILLING AND SAWING LINE ESTIMATED VALUE AS OF 02/28/15 | | $225,000.00 |
| | | 20 TON OVERHEAD CRANE ESTIMATED VALUE AS OF 02/28/15 Location: In debtor's possession | | $24,000.00 |
| | | MACHINERY AND EQUIPMENT NET BOOK VALUE AS OF 02/28/15 | | $3,336,981.36 |
| | | SCP 21 ZEE LOCK CURVER ESTIMATED VALUE AS OF 02/28/15 | | $25,000.00 |
| 30. Inventory. | | GASOLINE INVENTORY BALANCE AS OF 02/28/15 | | $39,602.30 |
| | | GENERAL INVENTORY BALANCE AS OF 02/28/15 | | $3,452,730.81 |

B6B (Official Form 6B) (12/07)

In re **ALONSO & CARUS IRON WORKS, INC.**
_____,  Case No. **15-**
Debtor(s)                                                                      (if known)

## SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | INVENTORY - OTHERS BALANCE AS OF 02/28/15 | | $147,398.16 |
| | | WORK IN PROCESS - INVENTORY BALANCE AS OF 02/28/15 | | $6,350,843.02 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | CONSTRUCTION IN PROGRESS BALANCE AS OF 02/28/15 | | $489,327.00 |
| | | PREPAID INCOME TAXES BALANCE AS OF 02/28/15 | | $38,054.00 |
| | | PREPAID INSURANCE BLANCE AS OF 02/28/15 | | $74,402.02 |
| | | PREPAID WORKMEN COMPENSATION BALANCE AS OF 02/28/15 | | $5,858.71 |

Page __4__ of __4__

Total → $10,638,112.91

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

**ALONSO & CARUS IRON WORK, INC.**
**DETAIL OF MOTOR VEHICLES**

**EXHIBIT I**

| MAKE | YEAR | License Plate | PRECIO CONTRIBUTIVO | ESTIMATED MARKET VALUE |
|------|------|---------------|---------------------|------------------------|
| FORD F-150 | 2002 | 710036 | $ 21,236 | $ 2,143 |
| FORD F-150 | 1999 | 615717 | 20,857 | 2,107 |
| FORD RANGER | 1998 | 622827 | 12,402 | 1,579 |
| FORD F-150 | 2001 | 684426 | 21,303 | 2,577 |
| FORD F-150 | 2001 | 681314 | 21,860 | 2,577 |
| FORD F-150 | 2007 | 871470 | NA | 14,320 |
| FORD F450 SUPER DUTY | 1999 | H30039 | 31,150 | 7,000 |
| FORD F450 SUPER DUTY | 1999 | H30038 | 32,600 | 7,000 |
| FORD F450 SUPER DUTY | 1999 | H30041 | 31,400 | 7,000 |
| F-150 | 1999 | 626975 | 15,032 | 2,107 |
| FORD F450 SUPER DUTY | 2005 | H45526 | 35,775 | 16,000 |
| FORD F250 SUPER DUTY | 2005 | 792694 | 28,634 | 15,995 |
| FORD F250 SUPER DUTY | 2002 | 719694 | 27,652 | 6,333 |
| FORD F-150 | 2004 | 778115 | 22,273 | 8,087 |
| FORD F250 SUPER DUTY | 2004 | 826831 | 24,453 | 9,021 |
| FORD F150 | 2006 | 810529 | 20,038 | 11,442 |
| FORD ECONOLINE E350 | 2003 | EWP842 | 24,422 | 4,416 |
| FORD RANGER | 1998 | 622828 | 12,402 | 996 |
| TOYOTA TUNDRA ACCESS CAB | 2006 | 818378 | 27,830 | 10,401 |
| MAZDA B4000 CAB PLUS | 2002 | 696404 | 17,426 | 3,789 |
| HOMEMADE TRAILER | 1992 | 18377A | 20,100 | 15,000 |
| HOMEMADE TRAILER | 1992 | 18378A | 20,100 | 15,000 |
| FORD RANGER | 2007 | 881799 | 16,212 | 4,322 |
| UNKNOWN TRLR MFG TRAILER | 1969 | 91311A | NA | 1,500 |
| UNKNOWN TRLR MFG TRAILER | 1990 | 78762A | 3,000 | 1,500 |
| UNKNOWN TRLR MFG TRAILER | 1990 | A07888 | 2,500 | 1,250 |
| UNKNOWN TRLR MFG TRAILER | 1969 | 66111A | N/A | 1,500 |
| HOMEMADE TRAILER | 1964 | 46038A | - | 4,250 |
| HOMEMADE TRAILER | 1964 | 54445A | - | 4,250 |
| STERLING LT7500 | 2002 | H33918 | 155,568 | 119,500 |
| FORD F-150 | 2006 | 818592 | 24,959 | 5,272 |
| WHITE GMC AERO WCA | 1994 | 26474R | 28,644 | 5,000 |
| WHITE GMC AERO WCA | 1994 | 26475R | 39,369 | 5,000 |
| HOMEMADE TRAILER | 1964 | 43557A | - | 4,250 |
| WHITE GMC AERO 8000 SERIES | 1981 | 29110R | 30,000 | 20,000 |
| **TOTAL** | | | **$ 789,197** | **$ 342,484** |

B6D (Official Form 6D) (12/07)

In re _ALONSO & CARUS IRON WORKS, INC._ ,  Case No. 15-
Debtor(s)

(If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if Any |
|---|---|---|---|---|---|---|---|
| Account No: 0002  Creditor # : 1 BANCO POPULAR DE PR PO BOX 362703 San Juan PR 00936 2703 | | 02/28/15  EQUIPMENT LOAN  SECURED BY MACHINERY AND EQUIPMENT 20 TON OVERHEAD CRANE  Value: $ 24,000.00 | | | | $ 10,262.91 | $ 0.00 |
| Account No: 4001  Creditor # : 2 BANCO POPULAR DE PR PO BOX 362703 San Juan PR 00936 2708 | | 07/09/06  LINE OF CREDIT  SECURED BY ACCOUNTS RECEIVABLE AND INVENTORIES  Value: $ 10,351,505.48 | | | | $ 3,663,562.19 | $ 0.00 |

**1** continuation sheets attached

| | Subtotal $ (Total of this page) | $ 3,673,825.10 | $ 0.00 |
|---|---|---|---|
| | Total $ (Use only on last page) | | |

(Report also on Summary of Schedules.)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6D (Official Form 6D) (12/07)   - Cont.

In re ALONSO & CARUS IRON WORKS, INC. ,                                    Case No. 15-
                    Debtor(s)                                                          (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H-Husband W-Wife J-Joint C-Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: 0002<br><br>Creditor # : 3<br>BANCO POPULAR DE PR<br>PO BOX 362703<br>San Juan PR 00936-2703 | X | 07/09/06<br><br>MORTGAGE LOAN<br><br>SECURED BY REAL PROPERTIES<br>LISTED ON SCHEDULE A<br><br>Value: $ 4,390,000.00 | | | | $ 7,518,293.06 | $ 3,128,293.06 |
| Account No:<br><br>Creditor # : 4<br>CAPEX FINANCIAL COMPANY<br>PO BOX 193064<br>San Juan PR 00919 3064 | | 02/28/15<br><br>EQUIPMENT LOAN<br><br>SECURED BY MACHINERY AND<br>EQUIPMENT<br>1101 DRILLING AND SAWING LINE<br><br>Value: $ 225,000.00 | | | | $ 198,900.19 | $ 0.00 |
| Account No:<br><br>Creditor # : 5<br>CAPEX FINANCIAL COMPANY<br>PO BOX 193064<br>San Juan PR 00919 3064 | | 02/28/15<br><br>EQUIPMENT LOAN<br><br>SECURED BY MACHINERY AND<br>EQUIPMENT<br>ZCP 21 SEE LOCK CURVER<br><br>Value: $ 25,000.00 | | | | $ 2,800.00 | $ 0.00 |
| Account No:<br><br><br><br>Value: | | | | | | | |
| Account No:<br><br><br><br>Value: | | | | | | | |

| | | | |
|---|---|---|---|
| Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Secured Claims | Subtotal $ (Total of this page) | $ 7,719,993.25 | $ 3,128,293.06 |
| | Total $ (Use only on last page) | $ 11,393,818.35 | $ 3,128,293.06 |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6E (Official Form 6E) (04/13)

In re __ALONSO & CARUS IRON WORKS, INC.__ _____,    Case No. __15-__ _____
                           Debtor(s)                                                                (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                              __1__    continuation sheets attached

Official Form 6E (04/13) - Cont.

In re ALONSO & CARUS IRON WORKS, INC.
_____ ,
Debtor(s)

Case No. 15-_____
(If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: **Taxes and Certain Other Debts Owed to Governmental Units**

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number (See Instructions above.) | Co-Debtor | Date Claim was Incurred and Consideration for Claim H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, If any |
|---|---|---|---|---|---|---|---|
| Account No:<br>**Creditor # : 1**<br>DEPARTAMENTO DE HACIENDA DE PR<br>BANKRUPTCY SECTION (424-B)<br>PO BOX 191020<br>San Juan PR 00919 1020 | | 02/28/15<br>SALES AND USE TAX<br>(ACCUMULATED BALANCE) | | | $ 50,612.02 | $ 50,612.02 | $ 0.00 |
| Account No:<br>**Creditor # : 2**<br>DEPARTAMENTO DE HACIENDA DE PR<br>BANKRUPTCY SECTION (424-B)<br>PO BOX 191020<br>San Juan PR 00919 1020 | | 02/28/15<br>PROFESSIONAL SERVICE TAXES<br>WITHHOLDING 7%<br>(ACCUMULATED BALANCE) | | | $ 30,767.24 | $ 30,767.24 | $ 0.00 |
| Account No:<br>**Creditor # : 3**<br>DEPARTAMENTO DE HACIENDA DE PR<br>BANKRUPTCY SECTION (424-B)<br>PO BOX 9024140<br>San Juan PR 00902 4140 | | 03/25/15<br>PAYROLL TAXES WITHHOLDINGS | X | X | $297,428.22 | $297,428.22 | $ 0.00 |
| Account No:<br>**Creditor # : 4**<br>INTERNAL REVENUE SERVICE<br>CENTRALISED INSOLVENCY OPERAT.<br>PO BOX 7346<br>Philadelphia PA 19101 7346 | | 02/28/15<br>FICA WITHHOLDINGS<br>(ACCUMULATED BALANCE) | | | $207,511.11 | $207,511.11 | $ 0.00 |
| Account No: | | | | | | | |

Sheet No. __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| **Subtotal $**<br>(Total of this page) | 586,318.59 | 586,318.59 | 0.00 |
| **Total $**<br>(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | 586,318.59 | | |
| **Total $**<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | 586,318.59 | 0.00 |

B6F (Official Form 6F) (12/07)

In re ALONSO & CARUS IRON WORKS, INC.
_____,
Debtor(s)

Case No. 15-_____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address Including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H—Husband W—Wife J—Joint C—Community | Date Claim was incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 1<br>ABRA-METAL, INC.<br>724 AVE. JULIO ANDINO<br>VILLA PRADES<br>San Juan PR 00925 | | | 11/11/14<br>ABRASIVES, TOOLS & POLISHING | | | | $ 5,802.50 |
| Account No:<br>Creditor # : 2<br>ACHA TRADING<br>500 CARR. # PR 5<br>BO. PUENTE BLANCO<br>Catano PR 00962 6300 | | | 11/04/14<br>INDUSTRIAL EQUIPMENT | | | | $ 8,652.99 |
| Account No:<br>Creditor # : 3<br>ALL JANITORIAL SUPPLY<br>PMB #255, DRIVE IN PLAZA<br>2135, RD #2, SUITE 15<br>Bayamon PR 00959 5259 | | | 01/26/15<br>JANITORIAL SUPPLIES | | | | $ 813.41 |

22 continuation sheets attached

Subtotal $     $ 15,269.90

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _ALONSO & CARUS IRON WORKS, INC._____,     Case No. _15-___
                    **Debtor(s)**                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See Instructions above.) | Co-Debtor | H—Husband W—Wife J—Joint C—Community | Date Claim was incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>**Creditor # : 4**<br>**ALUMA SYSTEMS PUERTO RICO CORP.**<br>**PO BOX 4040**<br>**Carolina PR 00984 4040** | | | 10/31/14<br>**CONSTRUCTION EQUIPMENT** | | | | $ 2,802.40 |
| Account No:<br>**Creditor # : 5**<br>**AMERICAN PETROLEUM**<br>**PO BOX 2529**<br>**Toa Baja PR 00951** | | | 01/26/15<br>**FUEL, OIL, & LUBRICANTS** | | | | $ 3,221.82 |
| Account No:<br>**Creditor # : 6**<br>**ARAMSCO**<br>**PO BOX 29**<br>**Thorofare NJ 08086** | | | 01/15/15<br>**SECURITY SERVICES** | | | | $ 382.41 |
| Account No:<br>**Creditor # : 7**<br>**ART-DRAFT AUTHORITY**<br>**399 AVE. ANDALUCIA**<br>**San Juan PR 00920 4105** | | | 01/30/15<br>**SPECIALIZED EQUIPMENT & MATERIALS** | | | | $ 931.65 |
| Account No:<br>**Creditor # : 8**<br>**ASTRO INDUSTRIAL SUPPLY, INC.**<br>**519 AVE. FDEZ JUNCOS**<br>**PTA. DE TIERRA**<br>**San Juan PR 00921** | | | 11/12/14<br>**MATERIALS & SECURITY SUPPLIES** | | | | $ 2,734.34 |

Sheet No. __1__ of __22__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 10,072.62

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _ALONSO & CARUS IRON WORKS, INC._____,          Case No. _15-_____
                    **Debtor(s)**                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address Including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 9 AT&T MOBILITY PUERTO RICO 996 CALLE SAN ROBERTO RIO PIEDRAS San Juan PR 00926 | | 10/01/14 COMMUNICATION SERVICES | | | | $ 0.01 |
| **Account No:** Creditor # : 10 AXESA SERVICIOS DE INFORMACION PO BOX 191225 San Juan PR 00919 1225 | | 12/01/14 ADVERTISING SERVICES | | | | $ 1,885.00 |
| **Account No:** Creditor # : 11 BRIGHTON TRU-EDGE HEADS 11861 MOSTELLER RD Cincinnati OH 45241 | | 10/31/14 TANK HEADS | | | | $ 10,877.67 |
| **Account No:** Creditor # : 12 CAROLINA BUILDING MATERIALS CARR 860, KM 0.1 BO. MARTIN GONZALEZ Carolina PR 00987 | | 03/05/14 BUILDING MATERIALS | | | | $ 4,468.00 |
| **Account No:** Creditor # : 13 CARRIER CREDIT SERVICES, INC. 5350 W. HILLSBORO BLVD SUITE 107 Pompano Beach FL 33073 4396 | | 11/06/14 FREIGHT SERVICES | | | | $ 480.00 |

Sheet No. __2_ of __22_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ ............ $ 17,710.68

Total $ ............

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _ALONSO & CARUS IRON WORKS, INC._____,    Case No. _15-_____
                        Debtor(s)                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address Including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: Creditor # : 14 CENTRAL WASTE SERVICES, INC. CARR. 2, KM 61.9 BO. SABANA HOYOS Arecibo PR 00612 | | 11/04/13 TANKS CLEANING SERVICES | | | | $ 15,925.00 |
| Account No: Creditor # : 15 CENTRO GOMAS Y SERVICIOS CARRETERA 869 KM 9, BO. PALMAS Catano PR 00963 | | 12/09/14 TIRE SERVICES | | | | $ 1,129.65 |
| Account No: Creditor # : 16 CERTIFIED RIGGING & LIFTING PO BOX 9233 Carolina PR 00988 9233 | | 01/29/15 SECURITY EQUIPMENT | | | | $ 115.54 |
| Account No: Creditor # : 17 CIB CORPORATION B STREET, NO. 692 URB. INDUSTRIAL MARIO JULIA San Juan PR 00920 | | 12/18/14 INDUSTRIAL EQUIPMENT | | | | $ 10,030.00 |
| Account No: Creditor # : 18 CLASS C SOLUTIONS GROUP MSC INDUSTRIAL SUPPLY CO. 525 HARBOUR PLACE DRIVE Davidson NC 28036 | | 09/17/14 SUPPLIES EXPENSE | | | | $ 3,116.83 |

Sheet No. __3__ of __22__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 30,317.02

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _ALONSO & CARUS IRON WORKS, INC._____,  Case No. _15-_

Debtor(s)                                                         (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See Instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: Creditor # : 19 CONWASTE PO BOX 1322 Gurabo PR 00778 | | 01/01/15 WASTE DISPOSAL SERVICES | | | | $ 259.48 |
| Account No: Creditor # : 20 CORREA TIRE DISTRIBUTOR CARR. #2, KM 26.7 BO. ESPINOSA Dorado PR 00646 | | 08/01/14 TIRES | | | | $ 5,234.65 |
| Account No: Creditor # : 21 CRANES & HEAVY EQUIPMENTS PO BOX 50746 Toa Baja PR 00950 0746 | | 12/12/14 INSPECTION & CERTIFICATIONS | | | | $ 475.00 |
| Account No: Creditor # : 22 CROWLEY LINER SERVICES, INC. PO BOX 9023921 San Juan PR 00920 | | 12/09/14 FREIGHT SERVICES | | | | $ 6,165.00 |
| Account No: Creditor # : 23 DOCUMENT COMPANY GA-11, AVE. LAUREL Bayamon PR 00956 | | 02/19/15 OFFICE SUPPLIES | | | | $ 614.18 |

Sheet No. __4__ of __22__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 12,748.31

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re **ALONSO & CARUS IRON WORKS, INC.** ,                    Case No. **15-**
                    **Debtor(s)**                                                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address Including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 24 ECONO TOOLS 1131 FD ROOSEVELT AVE. PUERTO NUEVO San Juan PR 00920 | | 12/17/14 MECHANIC SERVICES | | | | $ 207.39 |
| **Account No:** Creditor # : 25 EMPRESAS DE SOLDADURAS PO BOX 365047 San Juan PR 00936 5047 | | 03/11/14 WELDING SOLUTIONS | | | | $ 24,931.71 |
| **Account No:** Creditor # : 26 EMR ENTERPRISES, CORP. 654 CALLE JULIO ANDINO San Juan PR 00924 | | 05/20/14 MANUFACTURERS AGENTS | | | | $ 2,035.96 |
| **Account No:** Creditor # : 27 ER EQUIPMENT, INC. CALLE SUR NUM. 10 MARIANI Ponce PR 00730 | | 09/30/14 MACHINERY & EQUIPMENT | | | | $ 115,640.44 |
| **Account No:** Creditor # : 28 FASTENAL COMPANY 2001 THEURER BLVD. Winona MN 55987 | | 01/08/15 MANUFACTURING SERVICES | | | | $ 8,169.71 |

Sheet No. __5__ of __22__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 150,985.21

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _ALONSO & CARUS IRON WORKS, INC._____,          Case No. _15-_____

Debtor(s)

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address Including Zip Code, And Account Number (See Instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 29<br>FERRETERIA ABRAHAM<br>PO BOX 11974<br>San Juan PR 00922 1974 | | 12/17/14<br>INDUSTRIAL SUPPLIER | | | | $ 999.95 |
| Account No:<br>Creditor # : 30<br>VICEP CORPORATION<br>2301 INDUSTRY CT<br>Forest Hill MD 21050 | | 04/14/14<br>EQUIPMENT & PARTS | | | | $ 50,765.96 |
| Account No:<br>Creditor # : 31<br>GASCOT AUTO ELECTRIC SERV.<br>8 CEMENTERIO NACIONAL<br>Bayamon PR 00961 | | 11/17/14<br>AUTO REPAIR SERVICES | | | | $ 469.42 |
| Account No:<br>Creditor # : 32<br>GOMERIA ROMAN 2<br>B-4 AVE. SANTA JUANITA<br>Bayamon PR 00961 | | 11/05/14<br>TIRES | | | | $ 669.82 |
| Account No:<br>Creditor # : 33<br>GONZALES TRADING<br>1254 AVENIDA DE DIEGO Y<br>SAN PATRICIO<br>San Juan PR 00921 | | 12/22/14<br>CONSTRUCTION EQUIPMENT | | | | $ 7,277.75 |

Sheet No. ___6__ of ___22__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 60,182.90

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re **ALONSO & CARUS IRON WORKS, INC.** ,
Debtor(s)

Case No. **15-**

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address Including Zip Code, And Account Number (See Instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 34 GRAINGER CARIBE, INC. 105 AVE. CONQUISTADORES Catano PR 00962 | | 07/11/14 EQUIPMENT & PARTS | | | | $ 3,128.95 |
| **Account No:** Creditor # : 35 GTC TRADING LLC URB. INDUSTRIAL EL CINCO 1525 AVE. PONCE DE LEON San Juan PR 00926 | | 01/20/15 MECHANIC SERVICES | | | | $ 350.96 |
| **Account No:** Creditor # : 36 HOMECA RECYCLING, INC. CARR 1, KM 121.6 MERCEDITA Ponce PR 00716 | | 08/01/12 TANKS CLEANING SERVICES | | | | $ 1,120.00 |
| **Account No:** Creditor # : 37 INDUCHEM SERVICES INC. CARR 20, KM 5.0 LOS FRAILES Guaynabo PR 00969 | | 06/07/13 TANKS CLEANING SERVICES | | | | $ 61,603.28 |
| **Account No:** Creditor # : 38 INDUSTRIAL FITTINGS & VALVES 865 KM 0.2 CARR. CANDALARIA Toa Baja PR 00949 | | 11/04/14 FITTINGS & VALVES | | | | $ 680.92 |

Sheet No. 7 of 22 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 66,884.11

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _ALONSO & CARUS IRON WORKS, INC._____, Case No. _15-_
            **Debtor(s)**
                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address Including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 39<br>INFRA-METALS CO.<br>200 NE, 7TH ST.<br>Hallandale FL 33009 | | 08/05/14<br>STRUCTURAL STEEL SERVICE | | | | $ 152,061.09 |
| Account No:<br>Creditor # : 40<br>INTERAMERICAN EQUIPMENT<br>506 CALLE FRANCIA<br>URB. FLORAL PARK<br>San Juan PR 00917 4215 | | 11/07/14<br>EQUIPMENT | | | | $ 6,150.00 |
| Account No:<br>Creditor # : 41<br>INTERTRADE CARIBE CORP.<br>PO BOX 8490<br>San Juan PR 00910 | | 01/30/15<br>INDUSTRIAL MATERIALS | | | | $ 175.00 |
| Account No:<br>Creditor # : 42<br>JL AUTO SERVICE<br>CARR. # 2, KM 13.4<br># 2066, HATO TEJAS<br>Bayamon PR 00961 7061 | | 12/09/14<br>AUTO MAINTENANCE & REPAIRS | | | | $ 2,977.21 |
| Account No:<br>Creditor # : 43<br>JORGE L. RAMOS ORTIZ<br>PO BOX 566<br>Catano PR 00963 | | 02/28/15<br>DUE TO STOCKHOLDER | | | | $ 21,000.00 |

Sheet No. _8_ of _22_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                    Subtotal $    $ 182,363.30

                                    Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _ALONSO & CARUS IRON WORKS, INC._ _____,
            Debtor(s)

Case No. _15-_ _____

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 44<br>JORGE L. RAMOS VIRUET<br>PO BOX 566<br>Catano PR 00963 | | 02/28/15<br>DUE TO STOCKHOLDER | | | | $ 227,849.96 |
| Account No:<br>Creditor # : 45<br>JP NISSEN<br>PO BOX 339<br>Glenside PA 1903800 | | 01/19/15<br>MARKERS | | | | $ 627.84 |
| Account No:<br>Creditor # : 46<br>JUVAL TRADING, INC.<br>VILLA NEVAREZ BLDG 2<br>RIO PIEDRAS<br>San Juan PR 00927 | | 10/29/14<br>INDUSTRIAL PRODUCTS | | | | $ 21,849.50 |
| Account No:<br>Creditor # : 47<br>LA CASA DE LOS TORNILLOS<br>PO BOX 365047<br>San Juan PR 00936 5047 | | 06/17/14<br>INDUSTRIAL SUPPLIES | | | | $ 4,071.17 |
| Account No:<br>Creditor # : 48<br>LANCO MANUFACTURING, CORP.<br>URB. APONTE #5<br>San Lorenzo PR 00754 | | 07/14/14<br>PAINT SUPPLIER | | | | $ 6,173.06 |

Sheet No. _9_ of _22_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 260,571.53

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _ALONSO & CARUS IRON WORKS, INC._____,          Case No. _15-_____
                          Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: Creditor # : 49 LAWSON PRODUCTS, INC. PO BOX 809401 Chicago IL 60680 9401 | | 12/19/14 MECHANIC SERVICES | | | | $ 1,619.22 |
| Account No: Creditor # : 50 LIFERAFTS, INC. OF PUERTO RICO STREET B, LOT NO. 21 SABANA ABAJO, INDUSTRIAL PARK Carolina PR 00982 | | 08/21/14 PAINT SUPPLIER | | | | $ 4,238.53 |
| Account No: Creditor # : 51 LINDE GAS PUERTO RICO, INC. BOX 363868 San Juan PR 00936 3868 | | 11/07/14 INDUSTRIAL GASES | | | | $ 46,691.71 |
| Account No: Creditor # : 52 MADERERA DON ESTEVEZ PO BOX 29228 San Juan PR 00929 0228 | | 02/01/14 WOOD MATERIALS | | | | $ 2,185.76 |
| Account No: Creditor # : 53 MC MASTER CARR SUPPLY CO. PO BOX 5370 Princeton NJ 08543 5370 | | 12/11/14 PARTS SUPPLIER | | | | $ 634.02 |

Sheet No. _10_ of _22_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 55,369.24

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _ALONSO & CARUS IRON WORKS, INC._____,        Case No. _15-_____
               **Debtor(s)**        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address Including Zip Code, And Account Number (See Instructions above.) | Co-Debtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 54 MIGUEL IRON WORKS 634 CARACAS BO. OBRERO San Juan PR 00915 | | | 08/30/12 IRON PRODUCTS | | | | $ 551.46 |
| Account No: Creditor # : 55 MOBILE PAINT MFG. CO. OF PR CARR. 190, KM 1.5 Carolina PR 00979 | | | 11/07/14 PAINT SUPPLIER | | | | $ 1,631.12 |
| Account No: Creditor # : 56 MORE STEEL & ALUMINUM PRODUCTS PO BOX 9887 Carolina PR 00988 9887 | | | 10/22/14 STRUCTURAL SHAPES SUPPLIER | | | | $ 12,824.30 |
| Account No: Creditor # : 57 MORS 2 D-22 PINO URB. VILLA DEL REY Caguas PR 00725 | | | 12/11/14 REPAIR AND MAINTENANCE SERVICES | | | | $ 1,200.80 |
| Account No: Creditor # : 58 MOTOPAC CORP. RD. 28 & CORNER ST.B LUCHETTI INDUSTRIAL PARK Bayamon PR 00961 | | | 09/18/14 MECHANICAL SERVICES | | | | $ 3,332.50 |

Sheet No. _11_ of _22_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

        Subtotal $       $ 19,540.18

        Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _ALONSO & CARUS IRON WORKS, INC._____ ,   Case No. _15-___
Debtor(s)   (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address Including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 59 <br> N.S.E.S., INC. <br> PMB 84 <br> 400 KALAFT <br> San Juan PR 00918 | | 12/10/14 <br> Safety Equipment | | | | $ 1,255.90 |
| Account No: <br> Creditor # : 60 <br> NATIONAL BATTERY & SUPPLIER <br> 4491 KM 20, BO PUENTE <br> Camuy PR 00627 | | 11/17/14 <br> BATTERY SUPPLIER | | | | $ 1,218.15 |
| Account No: <br> Creditor # : 61 <br> NEW YORK WIPING PRODUCTS CO. <br> 29 CALLE DIANA <br> Guaynabo PR 00968 | | 01/30/15 <br> INDUSTRIAL PRODUCTS | | | | $ 181.90 |
| Account No: <br> Creditor # : 62 <br> NEWCO, INC. <br> PO BOX 3927 <br> Florence SC 29502 | | 02/05/15 <br> CALIBRATION SERVICES | | | | $ 962.74 |
| Account No: <br> Creditor # : 63 <br> NEWCON CARIBBEAN INC. <br> 16 LA BRISA <br> SABANA LLANA INDUS. PARK <br> San Juan PR 00924 | | 08/04/14 <br> INSULATION MATERIALS | | | | $ 2,803.20 |

Sheet No. _12_ of _22_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 6,421.89

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re __ALONSO & CARUS IRON WORKS, INC._____,    Case No. _15-_____
           **Debtor(s)**                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address Including Zip Code, And Account Number (See Instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: **Creditor # : 64** OCCUPATIONAL MEDICINE SERVICES PO BOX 7018 Bayamon PR 00960 7018 | | **02/02/15** DRUG TESTING SERVICES | | | | $ 200.00 |
| Account No: **Creditor # : 65** OCHOA HARDWARE CORP. CARR. 869, CLL ST CA Catano PR 00962 | | **11/11/14** HARDWARE SUPPLIER | | | | $ 1,009.41 |
| Account No: **Creditor # : 66** OLMI TRANSPORT, INC. 1 AVE., PARK GARDENS APARTMENT E7 San Juan PR 00926 | | **01/20/14** TRANSPORTATION SERVICES | | | | $ 6,512.00 |
| Account No: **Creditor # : 67** OLYMPIC STEEL 5096 RICHMOND ROAD Bedford OH 44146 | | **07/30/14** METAL PRODUCTS | | | | $ 196,611.21 |
| Account No: **Creditor # : 68** PHOENIX METALS COMPANY 4685 BUDFORD HWY. PEACHTREE CORNERS Norcross GA 30071 | | **08/22/14** CUSTOM METAL PRODUCTS | | | | $ 10,000.00 |

Sheet No. _13_ of ___22__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 214,332.62

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re ALONSO & CARUS IRON WORKS, INC. _____,          Case No. 15-
                    Debtor(s)                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address Including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: **Creditor # : 69** PITNEY BOWES PUERTO RICO, INC. 3001 SUMMER ST. Stamford CT 06926 | | 01/20/15 POSTAGE METERS | | | | $ 7,970.62 |
| Account No: **Creditor # : 70** PITTSBURGH PAINTS 1583 AVE. JESUS T PINERO HATO REY San Juan PR 00917 | | 08/28/14 PAINT & EQUIPMENT SUPPLIER | | | | $ 24,318.45 |
| Account No: **Creditor # : 71** POLYMER INDUSTRIES, INC. PO BOX 32 10526 AL HAWY 40 Henagar AL 35978 | | 01/12/15 GALVANIZED CABLES | | | | $ 17,764.50 |
| Account No: **Creditor # : 72** PRECISION DIESEL 335 CARR. 864 HATO TEJAS Bayamon PR 00959 | | 08/27/14 Truck repairs | | | | $ 1,044.66 |
| Account No: **Creditor # : 73** PROFESSIONAL STEEL STRUCTURES HC 4 BOX 4688 Caguas PR 00727 9676 | | 06/05/09 STEEL CONTRACTOR | | . | | $ 200,040.62 |

Sheet No. _14_ of _22_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 251,138.83
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _ALONSO & CARUS IRON WORKS, INC._____,      Case No. _15-_____
                          Debtor(s)                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address Including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 74<br>PROFESSIONAL TRANSMISSIONS<br>2, RM 18.9<br>BO. CANDELARIA<br>Toa Baja PR 00951 | | 02/24/15<br>MECHANICAL SERVICES | | | | $ 1,284.00 |
| Account No:<br>Creditor # : 75<br>PUERTO RICO WIRE PRODUCTS, INC.<br>CORUJO INDUSTRIAL PARK<br>Bayamon PR 00956 | | 06/03/14<br>Equipment Rental | | | | $ 9,600.00 |
| Account No:<br>Creditor # : 76<br>QUALITY EQUIPMENT<br>PO BOX 10455<br>San Juan PR 00922 | | 09/07/12<br>EQUIPMENT RENTAL | | | | $ 14,902.68 |
| Account No:<br>Creditor # : 77<br>RAFAEL BENITEZ CARRILLO, INC.<br>715 CALLE ESTADO<br>San Juan PR 00907 4318 | | 12/12/14<br>VALVES SUPPLIER | | | | $ 2,167.00 |
| Account No:<br>Creditor # : 78<br>RAM JACK DEL CARIBE<br>325 CALLE COLL & TOSTE<br>San Juan PR 00918 | | 12/31/14<br>SUBCONTRACTORTANKS | | | | $ 26,795.00 |

Sheet No. _15_ of _22_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ _____ $ 54,748.68

Total $ _____

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _ALONSO & CARUS IRON WORKS, INC._____,  Case No. _15-_____
         Debtor(s)                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 79<br>RANGER STEEL<br>1225 NORTH LOOP WEST<br>SUITE 650<br>Houston TX 77008 | | 01/22/15<br>STEEL PRODUCTS SUPPLIER | | | | $ 115,337.67 |
| Account No:<br>Creditor # : 80<br>REPUBLIC SERVICES #812<br>PO BOX 9001099<br>Louisville KY 40290 1099 | | 02/01/15<br>WASTE DISPOSAL SERVICES | | | | $ 625.88 |
| Account No:<br>Creditor # : 81<br>RR DONNELLEY DE PUERTO RICO<br>500 CARR 869, SUITE 501<br>Catano PR 00962 2005 | | 12/09/14<br>STATIONERY & OFFICE SUPPLIES | | | | $ 1,495.19 |
| Account No:<br>Creditor # : 82<br>RR TECHNOLOGY GROUP, INC.<br>ZONA INDUSTRIAL VILLA BLANCA<br>LOTE 18-b<br>Caguas PR 00725 | | 10/30/14<br>TANKS REPAIRS | | | | $ 1,070.00 |
| Account No:<br>Creditor # : 83<br>RUBBER & GASKETS<br>381-C ANGEL BUONOMO<br>HATO REY<br>San Juan PR 00917 | | 12/15/14<br>INDUSTRIAL TUBES | | | | $ 987.37 |

Sheet No. _16_ of _22_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 119,516.11
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _ALONSO & CARUS IRON WORKS, INC._____,
Debtor(s)

Case No. _15-_____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address Including Zip Code, And Account Number (See Instructions above.) | Co-Debtor | Date Claim was incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: Creditor # : 84 SAFETY-KLEEN SYSTEMS, INC. 5751 HIGWAY #2 Manati PR 00674 | | 10/29/14 COMPLIANCE CONSULTANT | | | | $ 7,180.54 |
| Account No: Creditor # : 85 SAGINAW PIPE CO., INC. PO BOX 8 HIGHWAY 31 SOUTH Saginaw AL 35137 | | 01/15/15 STEEL PIPES SUPPLIER | | | | $ 31,883.31 |
| Account No: Creditor # : 86 SCANNER OVERSEAS OF PR 212 MANUEL CAMUNAS ST. SUITE 100 San Juan PR 00918 1407 | | 02/02/15 OFFICE SUPPLIES | | | | $ 587.43 |
| Account No: Creditor # : 87 SERV CORP. PMB 241 405 AVE. ESMERALDA Guaynabo PR 00969 | | 06/01/14 OFFICE WATER SUPPLIER | | | | $ 45.00 |
| Account No: Creditor # : 88 SERVIMETAL INC. PO BOX 9147 Caguas PR 00726 9147 | | 10/16/14 STEEL (RAW MATERIAL) PRODUCTS | | | | $ 28,884.90 |

Sheet No. _17_ of _22_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ _68,581.18_
Total $ ___

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _ALONSO & CARUS IRON WORKS, INC._____,         Case No. _15-_
                    Debtor(s)                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address Including Zip Code, And Account Number (See Instructions above.) | Co-Debtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 89<br>SHERWIN WILLIAMS, CO.<br>22 CALLE C<br>URB. IND. MINILLAS<br>Bayamon PR 00961 | | | 01/15/14<br>PAINT SUPPLIER | | | | $ 28,052.45 |
| Account No:<br>Creditor # : 90<br>SPEC DESIGN PSC<br>EDIFICIO FIRST BANK 1519<br>OFICINA 1419<br>San Juan PR 00909 1723 | | | 03/08/12<br>DESIGN CONSULTANT | | | | $ 7.00 |
| Account No:<br>Creditor # : 91<br>STEEL SERVICES & SUPPLIES, INC.<br>PO BOX 2528<br>Bayamon PR 00961 | | | 01/11/13<br>REINFORCING STEEL PRODUCTS | | | | $ 219,299.52 |
| Account No:<br>Creditor # : 92<br>STRUCTURAL STEEL<br>ROAD B, LOT 21<br>LUCHETTI INDUSTRIAL PARK<br>Bayamon PR 00961 | | | 04/30/14<br>STEEL CONTRACTOR | | | | $ 11,572.25 |
| Account No:<br>Creditor # : 93<br>STRUCTURAL STEEL WORKS, INC.<br>PO BOX 2828<br>Bayamon PR 00960 | | | 01/26/15<br>STEEL PRODUCTS | | | | $ 1,730.00 |

Sheet No. _18_ of _22_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 260,661.22

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re ALONSO & CARUS IRON WORKS, INC.                                  ,                    Case No. 15-
                        Debtor(s)
                                                                                           (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address Including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: Creditor # : 94 SUPER TRUCK PARTS INC. PO BOX 70250, SUITE 107 San Juan PR 00936 8250 | | 09/02/14 TRUCKS PARTS | | | | $ 294.04 |
| Account No: Creditor # : 95 TECNO MUNDO BACK UP C/TRINITARIA RA-17 ESQ. BLVD URB. LA ROSALEDA Toa Baja PR 00950 | | 02/02/15 UPS BATTERIES | | | | $ 95.23 |
| Account No: Creditor # : 96 TEDDY DIAZ FASTENING SYSTEMS PO BOX 10953 San Juan PR 00922 | | 12/01/14 INDUSTRIAL SUPPLIES | | | | $ 992.50 |
| Account No: Creditor # : 97 THE OFFICE SHOP 11 CHARDON AVE. HATO REY San Juan PR 00918 | | 12/22/14 OFFICE EQUIPMENT & SUPPLIES | | | | $ 157.94 |
| Account No: Creditor # : 98 TOTAL PETROLEUM PUERTO RICO 416 CALLE A San Juan PR 00920 | | 02/11/15 FUEL, OIL & LUBRICANTS | | | | $ 938.45 |

Sheet No. 19 of 22 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ ____ $ 2,478.16

Total $ ____

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re **ALONSO & CARUS IRON WORKS, INC.**, Case No. **15-**

Debtor(s)

(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address Including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H—Husband W—Wife J—Joint C—Community | Date Claim was incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 99 TRANSPORTE W GARCIA RR-11, BOX 3836 LA ALDEA Bayamon PR 00956 | | | 02/24/15 Freight Service | | | | $ 5,725.00 |
| Account No: Creditor # : 100 TRAVEL COOL D38 CALLE MARGINAL EST. FOREST HILL Bayamon PR 00959 5555 | | | 07/24/14 AIR CONDITIONERS MAINTENANCE | | | | $ 2,136.79 |
| Account No: Creditor # : 101 TRIPLE-S STEEL SUPPLY CO. 6000 JENSEN DRIVE Houston TX 77026 | | | 09/15/14 CUSTOM METAL PRODUCTS | | | | $ 897,874.09 |
| Account No: Creditor # : 102 TROPIGAS DE PR, INC. CALLE C, LOTE 30 URB. INDUSTRIAL LUCHETTI Bayamon PR 00961 | | | 08/15/14 GAS PRODUCTS SUPPLIER | | | | $ 2,050.00 |
| Account No: Creditor # : 103 TRU-WELD EQUIPMENT CO. 460 LAKE ROAD Medina OH 44256 | | | 02/02/15 WELDING & INDUSTRIAL SUPPLIER | | | | $ 1,389.68 |

Sheet No. **20** of **22** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 909,175.56

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _ALONSO & CARUS IRON WORKS, INC._____,                     Case No. _15-_
           Debtor(s)                                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address Including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 104<br>UNIVERSAL STEEL TRADING CORP.<br>PO BOX 195054<br>San Juan PR 00919 5054 | | 12/11/14<br>PIPES, VALVES, & FITTINGS | | | | $ 1,344.96 |
| Account No:<br>Creditor # : 105<br>VALLEY JOIST, INC.<br>3019 GAULT AVE. N<br>Fort Payne AL 35967 | | 12/31/13<br>STEEL JOIST AND DECK | | | | $ 82,000.00 |
| Account No:<br>Creditor # : 106<br>VICTORY DISTRIBUTING CO.<br>PO BOX 364042<br>San Juan PR 00936 4042 | | 02/19/15<br>SECURITY EQUIPMENT | | | | $ 696.16 |
| Account No:<br>Creditor # : 107<br>VULCRAFT SOUTH CAROLINA<br>1501 WEST DARLINGTON STREET<br>Florence SC 29501 | | 10/07/14<br>STEEL PRODUCTS | | | | $ 80,904.38 |
| Account No:<br>Creditor # : 108<br>WELDER'S OUTLET, INC.<br>5 CARR 140<br>Barceloneta PR 00617 2806 | | 02/10/15<br>EQUIPMENT & PARTS | | | | $ 290.00 |

Sheet No. _21_ of __22_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $              $ 165,235.50

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _ALONSO & CARUS IRON WORKS, INC._____,   Case No. _15-_____
                        Debtor(s)                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address Including Zip Code, And Account Number (See Instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: **Creditor # : 109** WISCO 2505 AVE. BOULEVARD LEVITTOWN Catano PR 00962 | | 12/03/14 WELDING & INDUSTRIAL SUPPLIES | | | | $ 2,520.39 |
| Account No: **Creditor # : 110** XEROX CORPORATION 270 AVE. MUNOZ RIVERA NO. 200 San Juan PR 00918 | | 02/01/15 PHOTOCOPIERS | | | | $ 1,479.76 |
| Account No: **Creditor # : 111** YOLY INDUSTRIAL SUPPLY AVE. LUIS MUNOZ MARIN PO BOX 8668 Caguas PR 00726 | | 12/01/14 INDUSTRIAL SUPPLIER | | | | $ 705.18 |
| Account No: | | | | | | |
| Account No: | | | | | | |

Sheet No. _22_ of _22_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 4,705.33

Total $    $ 2,939,009.08

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6G (Official Form 6G) (12/07)

In re *ALONSO & CARUS IRON WORKS, INC.* _____ / Debtor    Case No. *15-*_____
                                                                          (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| *CAPEX FINANCIAL COMPANY, INC.* PO BOX 193064<br><br>*San Juan PR   00919 3064* | Contract Type: *LEASE CONTRACT*<br>Terms: *60 MONTHS*<br>Beginning date: *12/17/2013*<br>Debtor's Interest: *Lessee*<br>Description: *CAPITAL LEASE CONTRACT FOR THE EQUIPMENT<br>1101 DEB, CNC DRILLING AND SAWING LINE*<br>Buyout Option: *NO* |
| *POPULAR AUTO, INC.* *1901 AVE. JESUS T. PINERO* *SUITE 405* *San Juan PR   00920 5608* | Contract Type: *LEASE CONTRACT*<br>Terms: *36 MONTHS*<br>Beginning date: *12/3/2012*<br>Debtor's Interest: *Lessee*<br>Description: *CAPITAL LEASE CONTRACT FOR EQUIPMENT<br>2012 "EQUIPO INDUSTRIAL"*<br>Buyout Option: *NO* |
| *XEROX CORPORATION* *270 AVE. MUNOZ RIVERA* *HATO REY* *San Juan PR   00917* | Contract Type: *LEASE CONTRACT*<br>Terms: *48 MONTHS*<br>Beginning date: *12/5/2014*<br>Debtor's Interest: *Lessee*<br>Description: *XEROX LEASE CONTRACT<br>PHOTOCOPIER MACHINE*<br>Buyout Option: *NO* |

B6H (Official Form 6H) (12/07)

In re *ALONSO & CARUS IRON WORKS, INC.* _____ /Debtor    Case No. *15-* _____

(If known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| *JORGE L. RAMOS VIRUET* <br> *PO BOX 566* <br> *Catano PR  00963* | *BANCO POPULAR DE PR* <br> *PO BOX 362703* <br> *San Juan PR  00936-2703* |
| *JORGE RAMOS ORTIZ* <br> *PO BOX 566* <br> *Catano PR  00963* | *BANCO POPULAR DE PR* <br> *PO BOX 362703* <br> *San Juan PR  00936-2703* |

B6 Declaration (Official Form 6 - Declaration) (12/13)

In re _ALONSO & CARUS IRON WORKS, INC.,_ _____       Case No. _15-_ _____
                  **Debtor**                                                        (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY ON BEHALF OF A CORPORATION

I, _ENG. JORGE L. RAMOS VIRUET_ , _President_ the _Corporation_

named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___35___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _3/27/2015_            Signature _____
                                         Name: **ENG. JORGE L. RAMOS VIRUET**
                                         Title: **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11.U.S.C. § 110)

I certify that I am a bankruptcy preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Preparer:                                                Social security No. :

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____            Date: _____

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.